IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXANDER REALTY CAPITAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAUREL COVE DEVELOPMENT, LLC, ) <br> and PHILIP JONES, individually, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> ) <br> LAUREL COVE DEVELOPMENT, LLC, a ) <br> Tennessee limited liability company, PHILIP JONES, ) <br> a Tennessee citizen, and TENTARA PARTNERS, ) <br> INC., a Tennessee corporation, ) <br> ) <br> Counter-Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ALEXANDER REALTY CAPITAL, INC., a ) <br> Florida Corporation, and C. DAVID KOONTZ, ) <br> a Florida citizen, ) <br> ) <br> Counter-Defendants. ) | Case No. 3:07-0755 <br> Judge Trauger |

**ORDER**

For the reasons expressed in the accompanying Memorandum, judgment is entered for the plaintiff, Alexander Realty Capital, Inc., in the amount of $350,000. Additionally, the counter-defendants are awarded $14,000 in attorneys' fees to be paid by the counter-plaintiffs because the counter-plaintiffs asserted a frivolous TCPA claim.

It is so ordered.

Enter this 4th day of March 2009.

                                             ALETA A. TRAUGER
                                             United States District Judge